UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SCOTT DECHICO,

     Plaintiff,

v.

METRO-NORTH RAILROAD and
METROPOLITAN TRANSPORTATION
AUTHORITY,

     Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 635 (VB)

  As discussed at a conference held today, at which counsel for all parties attended, it is HEREBY ORDERED:

  1. By **October 31, 2022**, defense counsel shall submit a joint letter on the status of discovery and settlement discussions, including whether a second settlement conference before Magistrate Judge Krause would be fruitful. After receiving that letter, the Court will decide whether and when to schedule an additional status conference.

Dated: September 14, 2022
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge