```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SCOTT DECHICO,
                Plaintiff,

v.                                                                              **ORDER**

METRO-NORTH RAILROAD and                              21 CV 635 (VB)
METROPOLITAN TRANSPORTATION
AUTHORITY,
                Defendants.
--------------------------------------------------------------x

      As discussed at a conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.     By **December 16, 2022**, defense counsel may depose plaintiff, for a period not to exceed one hour, regarding whether any posts related to Patriot Homes were removed, deleted, altered, or hidden from plaintiff's personal and business (Patriot Homes) Facebook and Instagram accounts since the Court's Order dated July 14, 2022. (Doc. #64).

      2.     By **December 16, 2022**, plaintiff's counsel shall either: (i) pursuant to Fed. R. Civ. P. 26(e), supplement plaintiff's discovery disclosures to defense counsel; or (ii) confirm to defense counsel, in writing, that plaintiff has no supplemental discovery disclosures pursuant to Fed. R. Civ. P. 26(e).

      3.     Pursuant to the Court's May 5, 2022, Order of Reference, the case is referred to Magistrate Judge Andrew E. Krause for a second settlement conference. (Doc. #41).

      4.     In the event the case does not settle, the Court will hold a case management conference on **January 31, 2023, at 3:00 p.m.** At the conference, counsel shall be prepared to discuss next steps in the litigation, including a schedule for trial and pretrial submissions. The

conference shall proceed by telephone. At the time of the scheduled conference, counsel shall use the following information to connect by telephone:

**Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**

**Access Code:** **1703567.**

Dated: November 16, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge